IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JONATHAN WAYNE CONDER**                                         **PLAINTIFF**
**#179564**

v.                            No: 3:25-cv-00164-KGB-PSH

**RONNIE COLE,** *et al.*                                           **DEFENDANTS**

## ORDER

Plaintiff Jonathan Wayne Conder was listed as a plaintiff on a *pro se* complaint filed pursuant to 42 U.S.C. § 1983 on August 18, 2025, while incarcerated at the Clay County Detention Center (Doc. No. 1). The Court directed Conder to file an application for leave to proceed *in forma pauperis* ("IFP") and sent him a blank IFP form (Doc. No. 2). He subsequently filed the required certificate and calculation of initial payment of filing fee signed by a jail official (Doc. No. 3). However, he has not filed an IFP application.

The Clerk of Court is directed to enclose another IFP application along with a copy of this order. Conder must return a completed IFP application, or pay the $405.00 filing and administrative fees within 30 days of the date of this order. Otherwise, the lawsuit will be recommended for dismissal.

IT IS SO ORDERED this 24th day of September, 2025.

_____
UNITED STATES MAGISTRATE JUDGE