## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**JONATHAN WAYNE CONDER**                                    **PLAINTIFF**
**ADC #179564**

**v.**                          **Case No. 3:25-cv-00164-KGB**

**RONNIE COLE, Sheriff,**
**Clay County,** *et al.*                                    **DEFENDANTS**

### <u>ORDER</u>

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 15). The parties have not filed objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Proposed Findings and Recommendation in its entirety as this Court's findings in all respects (*Id.*). Conder's complaint and amended complaint are dismissed without prejudice (Dkt. Nos. 1; 7). The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

It is so ordered this the 18th day of February, 2026.

_____
Kristine G. Baker
Chief United States District Judge