## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**JONATHAN WAYNE CONDER**                                                                 **PLAINTIFF**
**ADC #179564**

**v.**                                            **Case No. 3:25-cv-00164-KGB**

**RONNIE COLE, Sheriff,**
**Clay County,** *et al.*                                                          **DEFENDANTS**

### <u>JUDGMENT</u>

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Jonathan Wayne Conder's complaint and amended complaint are dismissed without prejudice (Dkt. Nos. 1; 7). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal is considered frivolous and not in good faith.

It is so adjudged this the 18th day of February, 2026.

_____
Kristine G. Baker
Chief United States District Judge